**Order entered August 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00365-CR

**MARK ANGELO GUAJARDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-72357-U**

## ORDER

The Court **GRANTS** court reporter Cheryl Dixon's August 24, 2015 request for a two-day extension of time to file the reporter's record to the extent that we **ORDER** Ms. Dixon to file the complete reporter's record in this appeal by **4:00 p.m. FRIDAY, AUGUST 28, 2015**. All other aspects of the Court's August 19, 2015 order remain in effect.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, former official court reporter, 291st Judicial District Court; the Dallas County Auditor's Office; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE